**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00662-CMA-KLM

JULIE SEGURA,

      Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9) filed April 17, 2012, it is hereby

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

      DATED:  April __17__, 2012

                                        BY THE COURT:

                                        *Christine M Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge